# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00083-CV

### U.S. Structural Concrete, Inc., Appellant

### v.

### Pro Forming & Shoring, LLC, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-06-002364, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has informed this Court that it no longer wishes to pursue its appeal. Appellee has informed this Court that it does not object to the dismissal. We grant appellant's request and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed:   March 26, 2008